# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Foley, Jeremy Pawlak, Nicholas Visconti, and Ryan Williams, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>GatherApp, Inc.,<br><br>Defendant. | Case No.: 3:17-cv-03132-WHO<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

Based upon the Stipulation to Dismiss, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

IT IS ORDERED.

Dated: August 13, 2018

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE